# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**RECEIVED**

NOV 1 0 2016

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Kip Sparby                    Plaintiff(s),

vs.

University of Minnesota
Medical Center

and

Jerry Sparby

Case No. _16cv3876 DWF/LIB_
(To be assigned by Clerk of District Court)

**DEMAND FOR JURY TRIAL**

YES ☒     NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in
this lawsuit. Please attach additional sheets
if necessary).

## COMPLAINT

### PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

    a. Plaintiff

    Name  Kip Sparby

    Street Address  6907 Newton Ave N

    County, City  Hennepin County, Brooklyn Center

    State & Zip Code  Minnesota, 55430

    Telephone Number  (612) 205-8422

SCANNED
NOV 1 0 2016
U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

Name *University of Minnesota Medical Center*

Street Address *2450 Riverside Ave*

County, City *Hennepin County, Minneapolis*

State & Zip Code *Minnesota, 55454*

b. Defendant No. 2

Name *Jerry Sparby*

Street Address *21969 Oak Heights Circle*

County, City *Stearns County, Cold Spring*

State & Zip Code *Minnesota, 56320*

c. Defendant No. 3

Name

Street Address

County, City

State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached:☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3.  What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal Question        ☐ Diversity of Citizenship

4.  If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

    *Federal Constitutional, Statutory*

5.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name:                State of Citizenship:

    Defendant No. 1:               State of Citizenship:

    Defendant No. 2:               State of Citizenship:

    **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
    **Check here if additional sheets of paper are attached.** ☐

6.  What is the basis for venue in the District of Minnesota? *(check all that apply)*

    ☑ Defendant(s) reside in Minnesota   ☑ Facts alleged below primarily occurred in Minnesota

    ☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7.

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ✓
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

*See Attached*

4

7.)

1. The University of Minnesota Medical Center performed a Neurological treatment on me, which was done without my informed consent. They have not allowed me to have truthful communication or documentation of the procedure. This treatment has caused the loss of memory, cognitive ability, employment, forced me through years of personal anguish and recovery. It will be a personal liability in my future. I would demand that the court holds this facility accountable and compensate me financially as the treatment was used for their present and future benefit. This is not the first illegal and unethical treatment they've performed on me without my informed consent and last one they were not held accountable and they continue to choose what laws apply to their facility.

2. The University of Minnesota Medical Center has allowed, Jerry Sparby to change information within my medical information without my authority. Jerry Sparby was changed from being my emergency contact, by me, because in the past he has violated my rights. Jerry Sparby was then allowed by the University of Minnesota Medical Center, to change my contact information back to him, by him. This has allowed him to make untrue accounts to physicians who then had them put into my medical records. These accounts have led to me being subjected to medical treatments that are unethical and would not have been performed without his untruthful accounts. I would demand the court compensate me with a monetary compensation. I was unable to work or make employment progress during the treatment, as I have had to work to regain all the abilities I had possessed in the past. I would also ask the court to provide compensation for misconduct on the medical centers behalf.

Request for Relief

I put an amount on my Civil Cover sheet but I would be asking the court to think what they feel is adequate for the University of Minnesota Medical Center and Jerry Sparby to compensate me with. Put yourself in my shoes or another individual who has had their most valued organ put in harms way and has still not been informed of the treatment. It is now approaching 5 years of trying to get back my cognitive abilities, while continually being lied to by the perpetrators.

Open up your heart put yourself in the position I have been subjected to. Think about having to gain all things you worked to instill in yourself throughout your life. Now understand it was done without informed consent or honest documentation given to you. What are your memories with your loved ones worth, what do all your educational efforts mean to you, all the hard work you've put towards your passions, and now have them all taken away from you. Not only once but twice without regards of what it will do to your future physical, emotional, and mental abilities. I could not think a more evil thing that a person or institution could do to another. Them making the choice to take an individual's life away from them forcing them to work to regain and retrain all previously attained attributes, while living through the terror of not knowing who did this, why they did it, and what they did. Everyday since they choose to do this has been filled battles that an infant, a child, young adult go through. This institution has taken my life, my memories, and done to me what it wants. I do not have amnesia and have been forced to live with the unknown because the University of Medical Center and Jerry Sparby have taken the law into their own hands. The one organ that truly allows individuals to be unique and forms who each individual is, was taken from me.

If you took a person with 500 million dollars asked them if he or she would rather keep their money and go through this procedure or give up all of their money to not have to walk in the shoes that I have been forced to and they researched what this treatment holds for their future. They would give that 500 million dollars up to live life with their memories and loved ones. So I ask all who are involved in the decision, tell me what your brain, your friends and family, all that you've put into building your life is worth to you? Please know if you do not hold them accountable this will continue and your life or loved ones will be the ones who are put through this torture and terror.

Signed this ___ day of Nov. 10, 2016

Signature of Plaintiff _____

Mailing Address 6907 Newton Ave N
Brooklyn Center, Minnesota
55430

Telephone Number (612) 205-8422

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5